IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR316** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RICHARD GARZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by defense counsel to withdraw (Filing No. 279).

IT IS ORDERED:

1. The motion filed by defense counsel to withdraw (Filing No. 279) is granted; and

2. The Clerk shall mail a copy of this Order to the Defendant to: Reg. No. 19668-047, P.O. Box 1010, Bastrop, TX 78602.

DATED this 11th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge